UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

United States of America,

                        Plaintiff,

-against-

                                                                      Case No. 7:09-mj-2399

James Burke

                        Defendant.

_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                              SO ORDERED.

                                                              Hon. Martin R. Goldberg
                                                              United States Magistrate Judge

Dated: <u>26th day of August, 2022</u>
        Poughkeepsie, New York